**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| In re: | : |
| WILLIAM TULLIS aka | : Chapter 7 |
| NICOLAS DiTULLIO, | : Case No. 98-46799 (MEW) |
| Debtor. | : |

## ORDER REOPENING CHAPTER 7 CASE TO AMEND SCHEDULE OF ASSETS

This matter came before the Court on the Debtor's[1] *Motion to Reopen Chapter 7 Case to Amend Schedule of Assets* (the "Motion"). Upon consideration of the Motion, it is hereby

ORDERED:

1. That the Motion is GRANTED.

2. The above-captioned Chapter 7 Case is hereby reopened.

3. The Debtor is authorized to amend his schedules to include the Hawaii Case as an asset of the estate.

4. The United States Trustee is directed to appoint a trustee.

Dated: New York, New York
April 16, 2018

/s/ **Michael E. Wiles**
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DOCS_NY:37629.1