# U.S. Department of Justice

Office of the United States Trustee
*Southern District of New York*

*201 Varick Street*        (212) 510-0500
*Room 1006*              *Fax: (212) 668-2255*
*New York, New York 10014*

## REOPENED CASE MEMORANDUM

TO:             Case Administration-Judge Team for Judge **Wiles**
                New York, New York

FROM:           William K. Harrington
                United States Trustee

PREPARED BY:    Mary Moroney

DATE:           April 18, 2018

RE:             Appointment of Trustee in Reopened Case-
                William Tullis, Case No. 98-46799(MEW)
------------------------------------------------------------------

**Kenneth Silverman** has been selected as the interim trustee for the case. His address is **Silverman Perlstein & Acampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753. Telephone No.(516) 479-6300 Fax (516) 479-6301**.

**Please send out a notice to creditors notifying them that case was reopened.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

William Tullis                                    98-46799(MEW)
a/k/a Nicolas DiTullio

       Debtor(s).


APPOINTMENT OF TRUSTEE IN REOPENED CASE
AND DESIGNATION OF REQUIRED BOND


**Kenneth Silverman** of Jericho, New York, is hereby appointed as Successor Trustee for the estate of the above named debtor. See U.S.C. §703(c) and "Order Reopening Case Pursuant To 11 U.S. C. § 350(b)" by the Honorable Glenn, United States Bankruptcy Judge, dated September 13, 2017.

The amount of your bond is covered by the bond of Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with this Office. See 11 U.S.C. 322 (a) Federal Rules of Bankruptcy Procedure 2010(a).  In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:  New York, New York
        April 18, 2018

                                    William K. Harrington
                                    William K. Harrington
                                    United States Trustee
                                    201 Varick Street
                                    Room 1006
                                    New York, New York 10014