**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: William Tullis | CASE NO.: 98–46799–mew |
| aka   Nicolas Di Tullio | |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–6951 | CHAPTER: 7 |

# NOTICE OF SUCCESSOR TRUSTEE: CASE REOPENED

SUCCESSOR TRUSTEE:

Kenneth Silverman
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Telephone: (516) 479–6300

The above referenced case has been reopened pursuant to 11 U.S.C. § 350(b) .

APPOINTMENT OF SUCCESSOR TRUSTEE: The United States Trustee appoints the above named individual as successor trustee. The trustee shall serve under a blanket bond.

Dated: April 19, 2018                                         Vito Genna
                                                              Clerk of the Court