

Lynne M. Manzolillo
516.479.6316
LManzolillo@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

May 17, 2018

**VIA ECF**
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-2870

           Re:    William Tullis d/b/a Nicolas DiTullo
                  Chapter 7
                  **Case No. 98-46799 (MEW)**
                  Our File No.: 10001/170

Dear Sir/Madam:

    We are the attorneys for Kenneth P. Silverman, Esq., the chapter 7 trustee of the above-captioned case. There appear to be assets in this case and a distribution may be available for creditors. Please send out the appropriate notice at your earliest convenience.

    Thank you for your assistance in this matter.

                                         Very truly yours,

                                         *s/Lynne M. Manzolillo*

                                         Lynne M. Manzolillo

LMM:idi

cc:    Kenneth P. Silverman, Esq., Chapter 7 Trustee

LMM/2140195.1/010001.68
LMM/2185876.1/010001